RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6 / 10 / 14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT L. CHAPPELL<br>A027679641 | DOCKET NO. 14-cv-481; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| ERIC HOLDER | MAGISTRATE JUDGE JAMES D. KIRK |

## REPORT AND RECOMMENDATION

Before the Court is a petition for writ of *habeas corpus* (28 U.S.C. §2241) filed by pro se Petitioner Robert L Chappell, an immigration detainee in the custody of the Department of Homeland Security/Bureau of Immigration and Customs Enforcement (DHS/ICE). Chappell was detained at the Lasalle Detention Center in Jena, Louisiana, and he challenged continued detention pending removal.

Petitioner is a native and citizen of the United Kingdom. He became subject to a final order of removal on August 23, 2013, the date in which he was taken into ICE custody. [Doc. #1] Petitioner claims that he has been in custody for a period on excess of six months awaiting removal from the United States.

According to the DHE/ICE detainee locator system, Petitioner is no longer in the custody of the Department of Homeland Security/Bureau of Immigration and Customs Enforcement (DHS/ICE). Because he has been removed or released from custody, Chappell's Petition for Writ of Habeas Corpus is moot.

For the foregoing reasons, **IT IS RECOMMENDED** that Chappell's habeas petition be **DISMISSED AS MOOT**.

Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE TO WHICH THE PARTY DID NOT OBJECT.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 10th day of June, 2014.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE