U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG - 4 2014

TONY R. MO~~~~RK

BY _____~~~~ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT L. CHAPPELL
A027679641

DOCKET NO. 14-cv-481; SEC. P

VERSUS

JUDGE STAGG

ERIC HOLDER

MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's §2241 application be and is hereby **DISMISSED AS MOOT.**

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 4th day of _____August_____, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA